# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | EDCV 16-151 ODW(JC) | Date | March 9, 2016 |
|---|---|---|---|
| Title | Aleshia Bertha Rivera v. Officers at West Valley Detention Center | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Hana Rashad | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| none | none |

**Proceedings:**     (IN CHAMBERS)   **ORDER TO SHOW CAUSE RE DISMISSAL**

On January 26, 2016, Aleshia Bertha Rivera ("plaintiff"), who is a prisoner at the West Valley Detention Center in San Bernardino County, is proceeding *pro se*, and has been granted leave to proceed *in forma pauperis*, filed a Civil Rights Complaint ("Complaint") which appears to be brought pursuant to 42 U.S.C. § 1983 ("Section 1983") and names as defendants only "Officers at West Valley Detention Center." Plaintiff sues all defendants in their official capacities only, and seeks only monetary relief. (Complaint at 3, 6).

On February 4, 2016, this Court dismissed the Complaint with leave to amend and afforded plaintiff an opportunity, if she wished to pursue this matter, to file a First Amended Complaint within twenty (20) days, *i.e.*, by February 24, 2016 ("February Order"). The Court expressly cautioned plaintiff that the failure timely to file a First Amended Complaint may result in the dismissal of this action with or without prejudice on the grounds set forth in the February Order and/or for failure diligently to prosecute. To date, although the foregoing deadline has expired, plaintiff has failed to file a First Amended Complaint or to seek an extension of time to do so.

IT IS ORDERED that the plaintiff shall show cause in writing, on or before **March 23, 2016**, why this action should not be dismissed based upon the deficiencies identified in the February Order and/or based upon plaintiff's failure to prosecute. **If plaintiff no longer wishes to pursue this action, she may expedite matters by instead signing and returning the attached Notice of Dismissal by the foregoing deadline.**

**Plaintiff is cautioned that the failure to comply with this order and/or to show good cause, may result in the dismissal of this action based upon the deficiencies identified in the February Order, plaintiff's failure to prosecute this action and/or plaintiff's failure to comply with the Court's order.**

IT IS SO ORDERED.

| Attachment | Initials of Deputy Clerk: hr |
|---|---|