UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALESHIA BERTHA RIVERA,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>OFFICERS AT WEST VALLEY DETENTION CENTER,<br><br>　　　　　　　Defendants. | Case No. EDCV 16-151 ODW(JC)<br><br>JUDGMENT |

　　In accordance with the Memorandum Opinion and Order Dismissing Action, IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: April 12, 2106

_____
HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE